[Cite as *State v. Cisco*, 2023-Ohio-3305.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| STATE OF OHIO,<br>CITY OF PAINESVILLE,<br><br>Plaintiff-Appellee,<br><br>- vs -<br><br>CHRISTOPHER J. CISCO,<br><br>Defendant-Appellant. | **CASE NOS. 2023-L-082**<br>**2023-L-083**<br>**2023-L-084**<br><br>Criminal Appeals from the<br>Painesville Municipal Court<br><br><br>Trial Court Nos. 2012 CRB 02686 A<br>2012 CRB 02686 B<br>2012 CRB 02686 C |

**M E M O R A N D U M**
**O P I N I O N**

Decided: September 18, 2023
Judgment: Appeals dismissed

---

*Joseph Hada*, Painesville City Prosecutor, 1392 Som Center Road, Mayfield Heights, OH 44124 (For Plaintiff-Appellee).

*Christopher J. Cisco*, pro se, 901 Southwind Road, Springfield, IL 62703 (Defendant-Appellant).

MARY JANE TRAPP, J.

{¶1} On August 25, 2023, appellant, Christopher J. Cisco, pro se, filed a notice of appeal from a January 18, 2023 entry denying his motion to seal his record and a February 9, 2023 entry denying his motion to reconsider sealing of his record.

{¶2} A timely notice of appeal from the January 18, 2023 entry was due no later than February 17, 2023, and a timely notice of appeal from the February 9, 2023 entry

was due no later than March 13, 2023, which were not holidays or weekends. Both appeals are untimely by over 5 months.

{¶3} "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4} Because the appeals were untimely filed, this court lacks jurisdiction. Thus, the appeals are dismissed, sua sponte, as being untimely.


JOHN J. EKLUND, P.J.,

EUGENE A. LUCCI, J.,

concur.

2